# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 23, 2023

Mr. Errin P. Stowell
WM LAW
15095 W. 116th Street
Olathe, KS  66062

      RE:  23-2491  Machele Goetz v. Victor Weber

Dear Counsel:

      This court has received the notice of appeal and docket entries from the Clerk of the Bankruptcy Appellate Panel, and thus the record is now available to this court. The record is deemed filed as of this date. We have docketed the appeal under the caption and the case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Ms. Cindy A. Harrison
 Mr. Victor Felix Weber

 Bankruptcy Appellate Panel Case Number(s): 22-6009

**Caption For Case Number: 23-2491**

In re: Machele L. Goetz

        Debtor

------------------------------

Machele L. Goetz

        Appellant

v.

Victor Felix Weber, Chapter 7 Trustee

        Appellee

**Addresses For Case Participants:   23-2491**

Mr. Errin P. Stowell
WM LAW
15095 W. 116th Street
Olathe, KS  66062

Ms. Cindy A. Harrison
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. Tenth Street
Saint Louis, MO  63102-1116

Mr. Victor Felix Weber
MERRICK & BAKER
Suite 500
1044 Main
Kansas City, MO  64105-0000